## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

October 5, 2023

TO COUNSEL OF RECORD

    RE:   *USA v. Andrew Tyron Styron*  
             <u>Criminal No. RDB-19-0426</u>

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        March 7, 2024  at 2:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                  Sincerely,

                    /s/

                  Richard D. Bennett  
                  United States District Judge

RDB/klf#